

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julie Elice Fontaine<br><br>**Plaintiff,**<br>V.<br>Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWMBS, INC., CHL Mortgage Pass-Through Trust 2006-3, Mortgage Pass Through Certificate Series 2006-3<br>**Defendant.** | Civil Action No.  17cv2424-MMA(JLB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants BONY's motion and dismisses with prejudice Plaintiff's Complaint because it is barred by res judicata. The Clerk of Court is instructed to enter judgment accordingly and to close this case.

Date:  3/28/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Chapman
R. Chapman, Deputy